```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION          14-MD-2543 (JMF)

This Document Relates To:                                      ORDER
Patton v. General Motors LLC, 15-CV-7908
------------------------------------------------------------------------x
```

JESSE M. FURMAN, United States District Judge:

      Plaintiff John Patton mailed the attached letter on January 25, 2016, asserting that his counsel, J. Courtney Wilson, had withdrawn his representation and requesting that the Court notify him of any filings with respect to his case. The Court reminds Mr. Wilson that, unless and until he complies with the requirements of Local Rule 1.4 and he is granted leave to withdraw, he remains counsel of record in this case. (Mr. Patton is also hereby notified that any new counsel who intends to take over the representation must also seek leave of Court in accordance with Local Rule 1.4.) Until Mr. Wilson has been granted leave to withdraw, he is responsible for notifying his client of any developments in his case, and any communication between Mr. Patton and the Court must be through Mr. Wilson and filed on ECF in accordance with the Court's Individual Rules and Practices.

      The Clerk of Court is directed to mail a copy of this Order to Mr. Patton at the address listed in the attached letter, and (out of an abundance of caution) to mail a copy to Mr. Wilson at the address listed on the docket.

      SO ORDERED.

Dated: February 3, 2016
       New York, New York

                                                JESSE M. FURMAN
                                          United States District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/03/2016
```

Case 1:15-cv-07908-JMF   Document 30   Filed 02/03/16   Page 2 of 2



CERTIFIED MAIL #7010 1870 0001 6719 0945

John Wesley Patton
3220 N. Arnoult St., #174
Metairie, La. 70002
January 25, 2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
SPEC. ATTN.:  HON. Ruby J. Krajick,
              Clerk of Court
500 Pearl St.
New York City, New York 10007

RE:  Civil Court Case #1-15CV07908; #14MD2543

Dear HONORABLE Ruby J. Krajick:

  GREETINGS!  As the PLAINTIFF in Civil Court case #1-15CV07908; #14MD2543 (John Patton vs. General Motors), I, John Wesley Patton, am currently preparing to have NEW COUNSEL enroll in these subject proceedings since my recent Counsel of Record, Courtney Wilson, has formally and officially withdrawn from these proceedings.  Accordingly, as FULL COURTESY to me, I wish the Clerk of Court to so inform me of any filings from General Motors and, any and all, notification(s) by the Clerk of Court of any procedural dismissal of this JUDICIALLY IMPORTANT CAUSE OF ACTION OF JUDICIAL INTEREST AND CONCERN.  I will soon submit my NEW COUNSEL official and formal entry into these above subject proceedings.

  As requested above, please so reply and correspond, with any and all INSTANT printed documentation(s) from General Motors and the Clerk of Court, to John Wesley Patton at the below address of:

John Wesley Patton
3220 N. Arnoult St., #174
Metairie, La. 70002.

  Thanking you for your efforts and actions in this paramount Judicial matter, I remain always as

SINCERELY YOURS,
John Wesley Patton